**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donald W. NICK, Defendant–Appellant.**

No. 00–1782.

United States Court of Appeals,
Sixth Circuit.

March 14, 2001.

Before KENNEDY and
SUHRHEINRICH, Circuit Judges, and
GAUGHAN, District Judge.*

---

* The Honorable Patricia A. Gaughan, U.S. District Judge for the Northern District of Ohio, sitting by designation

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.